## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 28, 2025

Ms. Charlotte Franklin
4251 Hamilton Avenue
Cincinnati, OH 45223

Re:  Case No. 25-3572, *Charlotte Franklin v. Charles Mountbatten-Windsor, et al*
     Originating Case No. 1:25-cv-00048

Dear Ms. Franklin,

   This appeal has been docketed as case number **25-3572** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   The Clerk's office will send you additional information as soon as the Court has finished its customary screening to determine if it has jurisdiction to proceed.

> Sincerely yours,
>
> s/Kelly Stephens
>
> Appeal Case Manager: Gretchen
> Direct Dial No. 513-564-7018

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-3572

QUEEN CHARLOTTE FRANKLIN

    Plaintiff - Appellant

v.

KING CHARLES MOUNTBATTEN-WINDSOR; QUEEN ISABELLA [UNKNOWN]; EMBASSY OF JAMAICA

    Defendants - Appellees